1  David H. Smith, WSBA #10721
2  Tyler W. Arnold, WSBA #43129
   Garvey Schubert Barer
3  1191 Second Avenue, Eighteenth Floor
   Seattle, Washington 98101-2939
4  (206) 464-3939

5  Attorneys for Third-Party Defendants
   Commodities Plus, Inc. and Commodities
6  Plus II, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WALTERS LAND AND LIVESTOCK, LLC, a Washington Limited Liability Company,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>PERDUE AGRIBUSINESS, LLC, a Maryland Limited Liability Company,<br><br>Defendant and Counterclaim Plaintiff. | NO.<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>**Benton County Superior Court<br>Case No. 15-2-02385-1<br>Case No. 16-2-00442-1<br>[Consolidated]** |
| PERDUE AGRIBUSINESS, LLC, a Maryland Limited Liability Company<br><br>Third-Party Plaintiff,<br><br>v.<br><br>WALTERS, INC., a Washington corporation, TOM WALTERS and JANE DOE WALTERS, husband and wife, MITCH CARNLINE, MATT BAKE, COMMODITIES PLUS, INC. a Washington corporation, and COMMODITIES PLUS II, INC., a Washington corporation,<br><br>Third-Party Defendants. | |

26   Pursuant to 28 U.S.C. §§ 1441 and 1446, Third-Party Defendants

NOTICE OF REMOVAL OF CIVIL ACTION - 1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

Commodities Plus, Inc., and Commodities Plus II, Inc. (collectively, "CP Defendants") hereby remove the above-captioned action to federal court.

## I. BACKGROUND

1. On October 19, 2015, Walters Land and Livestock, LLC ("WLL") filed a civil action in the Superior Court of Washington for Benton County, styled *Walters Land and Livestock, LLC v. Perdue Incorporated*, Case No. 15-2-02385-1. This Complaint alleged breach of contract for Perdue Incorporated's failure to pay for freight services WLL provided. This Complaint was never served.

2. On January 12, 2016, WLL filed an Amended Complaint against Perdue Agribusiness, LLC ("Perdue") in Case No. 15-2-02385-1. This Amended Complaint alleged breach of contract for Perdue's failure to pay for freight services WLL provided. This Amended Complaint was served on Perdue.

3. On March 10, 2016, Perdue filed an Answer, Counterclaims and Third-Party Complaint in Case No. 15-2-02385-1. Perdue named as third-party defendants Walters, Inc., Tom Walters and Jane Doe Walters, and John Doe 1 through 10. Perdue alleged breach of contract, conversion, and unjust enrichment against WLL and these third-party defendants.

4. On March 1, 2016, Walters, Inc. filed a civil action in the Superior Court of Washington for Benton County, styled *Walters, Inc. v. Perdue Agribusiness, LLC*, Case No. 16-2-00442-1. This Complaint alleged breach of contract and unjust enrichment for Perdue's failure to pay for commodity services Walters, Inc. provided. This Complaint was served on Perdue.

5. On June 6, 2016, Perdue filed an Answer, Counterclaims and Third-Party Complaint in Case No. 16-2-00442-1. Perdue named as third-party defendants Walters, Inc., Tom Walters and Jane Doe Walters, and John Doe 1 through 10. Perdue alleged breach of contract, conversion, and unjust enrichment

NOTICE OF REMOVAL OF CIVIL ACTION - 2

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

against WLL and these third-party defendants.

6. On June 28, 2016, the Court consolidated Case No. 15-2-02385-1 and Case No. 16-2-00442-1 for all purposes, including trial, pursuant to a joint motion and stipulation.

7. On July 25, 2016, WLL, Walters, Inc., and Tom Walters filed an Answer to the Counterclaims and Third-Party Complaint in both Case No. 15-2-02385-1 and Case No. 16-2-00442-1.

8. On February 27, 2017, Perdue's Amended Counterclaims and Third-Party Complaint (the "Amended Counterclaims and Third-Party Complaint") were filed with the Benton County Superior Court.

9. In its Amended Counterclaims and Third-Party Complaint, Perdue added as third-party defendants Mitch Carnline, Jess Walters, Matt Bake, Commodities Plus, Inc., and Commodities Plus II, Inc. (collectively, the "New Defendants").

10. In its Amended Counterclaims and Third-Party Complaint, Perdue alleged that WLL, Walters, Inc., Walters, and the New Defendants violated the federal Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961-1968 ("RICO").

11. Perdue's cause of action against the New Defendants under federal RICO is separate and independent from Perdue's causes of action against WLL, Walters, Inc. and Tom Walters alleged in its original Answer, Counterclaims and Third-Party Complaint in Case No. 15-2-02385-1 and Case No. 16-2-00442-1.

## II.    PROCEDURAL REQUIREMENTS

12. Perdue filed the Amended Counterclaims and Third-Party Complaint on February 27, 2017.

13. The CP Defendants will promptly give written notice to Perdue and

NOTICE OF REMOVAL OF CIVIL ACTION - 3

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

the Superior Court of Washington for Benton County that this action has been removed to federal court. *See* 28 U.S.C. § 1446(d).

14. By filing this Notice of Removal, the New Defendants, WLL, Walters, Inc., and Tom Walters do not waive, but rather expressly reserve all rights, defenses, and objections of any nature that it may have to Perdue's claims.

15. Third-Party Defendants Walters, Inc., Tom Walters, Mitch Carnline, and Matt Bake, and Plaintiff-Counterclaim Defendant Walters Land and Livestock, LLC consent to removal.

### III.  GROUNDS FOR REMOVAL

16. This Court has original jurisdiction pursuant to 28 U.S.C. § 1331 (federal question) because Perdue seeks civil remedies pursuant to 18 U.S.C. § 1964, part of the federal RICO statute.

17. Perdue's asserted right to relief arises under 18 U.S.C. § 1964(c), which provides that "[a]ny person injured in his business or property by reason of a violation of section 1962 of this chapter may sue therefor in any appropriate United States district court."

18. The existence of federal question jurisdiction over any of Plaintiff's claims is sufficient to make the entire case removable. *See* 28 U.S.C. § 1441(c).

19. Perdue's causes of action against the New Defendants under the federal RICO statute are separate and independent claims which, if sued upon alone, could have been brought properly in federal court.

### IV.  CONCLUSION

WHEREFORE, Walters, Inc., Walters Land and Livestock, LLC, and Tom Walters hereby remove the above-entitled action, now pending in the Superior Court of Washington for Benton County, to the United States District Court for the Eastern District of Washington. Defendants reserve, and do not waive, any

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

1 | objection they may have to jurisdiction, service of process, venue or any and all
2 | other defenses or objections to the Amended Counterclaims and Third-Party
3 | Complaint.

DATED this 28th day of February, 2017.

GARVEY SCHUBERT BARER

By _____
David H. Smith, WSBA #10721
Tyler W. Arnold, WSBA #43129
Garvey Schubert Barer
1191 Second Avenue, Eighteenth Floor
Seattle, Washington 98101-2939
Phone: (206) 464-3939
Email: Dsmith@gsblaw.com
Email: Tarnold@gsblaw.com
Attorneys for Third-Party Defendants Commodities Plus, Inc. and Commodities Plus II, Inc.

NOTICE OF REMOVAL OF CIVIL ACTION - 5

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

# CERTIFICATE OF SERVICE

I, Patricia Shillington, certify under penalty of perjury under the laws of the State of Washington that, on March 3, 2017, I caused to be served on the person(s) listed below the foregoing NOTICE OF REMOVAL OF CIVIL ACTION.

| | |
|---|---|
| FOSTER PEPPER PLLC<br>John R. Nelson<br>Melissa R. Cobb<br>618 W. Riverside, Suite 300<br>Spokane, WA 99201-5102<br>Tel: (509) 777-1600<br>john.nelson@foster.com<br>melissa.cobb@foster.com<br><br>*Attorneys for Defendant*<br>*Perdue Agribusiness, LLC* | ☒ United States Mail, First Class<br>☐ By Legal Messenger<br>☐ By Facsimile<br>☐ By Federal Express<br>☒ By Email |

DATED this 3rd day of March, 2017.

*Patricia Shillington*
Patricia Shillington

GSB:8467935.1

NOTICE OF REMOVAL OF CIVIL ACTION - 6

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939